AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the

District of Nebraska

**SEALED**

| | |
|---|---|
| United States of America<br>v.<br>TILLIAN HUTTON<br><br><br><br>_____<br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>)<br><br>Case No.   8:26MJ365 |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____August  13, 2026_____ in the county of _____Douglas_____ in the _____ District of _____Nebraska_____ , the defendant(s) violated:

| *Code Section* | *Offense Description* |
|---|---|
| 18 U.S.C. §§ 1591(a)(1), (b)(2) and 1594(a) | Attempted Sex Trafficking of a Child |

This criminal complaint is based on these facts:

See attached.

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Christina Worster, HSI Special Agent
_____
*Printed name and title*

☐ Sworn to before me and signed in my presence.

☑ Sworn to before me by telephone or other reliable electronic means.

Date:  __8/14/2026__

_____
*Judge's signature*

City and state:  _____Omaha, NE_____

Michael D. Nelson, U.S. Magistrate Judge
_____
*Printed name and title*

## AFFIDAVIT IN SUPPORT OF COMPLAINT

I, Christina Worster, having been duly sworn, hereby depose and state:

## AGENT BACKGROUND

1.      I have been employed as a Special Agent ("SA") of the U.S. Department of Homeland Security, Homeland Security Investigations ("HSI"), since December 2018, and am currently assigned to HSI Omaha. While employed by HSI, I have investigated federal criminal violations related to high technology or cybercrime, child exploitation, human trafficking, and child pornography. I have gained experience through training at the Federal Law Enforcement Training Center and everyday work relating to conducting these types of investigations. I have received training in the area of sex trafficking, child pornography and child exploitation, and have had the opportunity to observe and review numerous examples of child pornography (as defined in 18 U.S.C. § 2256), including computer media. Prior to my career as a Special Agent, I was a Deputy Sheriff with the Lancaster County Sheriff's Office in Lincoln, Nebraska, for six years where I conducted child pornography investigations, sexual assault investigations; swore to and executed search and arrest warrants; conducted physical and electronic surveillance; and arrested numerous individuals for violations of Nebraska state law. Moreover, I am a federal law enforcement officer who is engaged in enforcing the criminal laws, including 18 U.S.C. §§ 2251, 2252, and 2252A, and I am authorized by law to request a search warrant.

2.      I have participated in investigations of human trafficking, human smuggling, and alien harboring. Many of these investigations have had national or international connections, and many required me to work closely and share information and intelligence with members of other federal, state, and local law enforcement agencies. I have debriefed, and continue to debrief,

defendants, victims and witnesses who have personal knowledge about human trafficking, including sex trafficking, and other crimes occurring in Nebraska, nationally, and abroad.

3.    From my training and experience, I know that individuals are trafficked for several purposes. Some forms of human trafficking involve involuntary servitude, peonage, debt bondage and slavery. Victims are often trafficked by force, fraud, and/or coercion. I am familiar with the federal laws regarding human trafficking, including 18 U.S.C. §§ 1591 and 1594 (Sex Trafficking).

4.    This affidavit is submitted in support of a criminal complaint charging Tillian Hutton (HUTTON) with Attempted Sex Trafficking of a Child, in violation of 18 U.S.C. §§ 1591(a)(1), (b)(2), and 1594(a).

5.    As described below, there is probable cause to believe that, on or about August 13, 2026, in and around the Omaha area, in the District of Nebraska, Tillian Hutton did knowingly attempt to entice, obtain, solicit, and patronize a person, knowing and in reckless disregard of the fact that the person had not attained the age of 18 years and would be caused to engage in a commercial sex act, and he did so in and affecting interstate and foreign commerce.

6.    This affidavit is based on my personal investigation and investigation by others, including federal and state law enforcement officials whom I know to be reliable and trustworthy. The facts contained herein have been obtained by conferring with other law enforcement officers and examining evidence obtained in the course of the investigation as well as through other means. This affidavit does not include every fact known to me about this investigation, but rather only those facts sufficient to establish probable cause.

**STATEMENT OF FACTS**

7.    Beginning on or about August 13, 2026, law enforcement agents posted an advertisement (the "Advertisement") on a website commonly used to advertise commercial sex

acts.[1] The Advertisement indicated that the poster was in the area of Omaha, Nebraska. The Advertisement contained images of what appeared to be a young female and the following language:

Title:
Sweet and tight! Ready 2 have some fun! 🖤 💦 🖤 💦

Ad Description:
In town 4 a limited time only

Cute & very petite girl that is tight from head to toe!  Fit, sexy and sweet.  Kitty so fresh and so clean!  Cum over to play with me! 💦 💦

Full service, BB, Greek extra.

Text for donations.  Incall only - safe and discrete location.

No pimps, no bullshit.

📠 (720) 513-8072

8.      The Advertisement indicated that the person who would perform commercial sex acts was 99 years old.[2] The Advertisement also contained a contact phone number (the "Advertisement Number"). Law enforcement agents monitored this line and an undercover agent ("UC1") used it to communicate with potential sex buyers.

9.      On or about August 13, 2026, the Advertisement Number received a text message from a phone number ending in 3333 (the "3333 Number") in response to the Advertisement. Thereafter, a text conversation between UC1 and the user of the 3333 Number ensued:

---

[1] Based on my training and experience, I know that the Internet is global network of computers, which is a means and facility of interstate commerce. I also know that the website on which the Advertisement was posted is maintained by an entity that is located outside of the United States, and the advertisements posted on that website are viewable outside of Nebraska.
[2] The law enforcement agents used a website that is known for containing prostitution advertisements but requires users to be at least 18 years old. Based on my training and experience, I know that this website and others like it have been used by traffickers to advertise the commercial sex acts of children under the age of 18.

| | | | |
|---|---|---|---|
| Incoming | | you available | |
| Outgoing | Delivered | Yea baby QV 100 HH200 HR350 bb/greek 50 xtra, wht u thinkin? 😎 | |
| Incoming | | qv | |
| Outgoing | Delivered | hell yes.. u bringin a condom bby? or bb? | |
| Incoming | | bb | |
| Outgoing | Delivered | ok bby it will be 150 then.. u clean? | |
| Incoming | | yes | |
| Outgoing | Delivered | okk good my girl maria is 14 yo and i don't need her pickin up any weird shit.. | |
| Incoming | | okay | |
| Incoming | | how old are u | |
| Outgoing | Delivered | 40 bby and my daughter maria is 14 😈 | |
| Incoming | | okay | |
| Outgoing | Delivered | were u comin from what time u thinkin? | |
| Incoming | | now | |
| Outgoing | Delivered | ok bby we are in midtown how long will it take u to get here? you payin cash? | |
| Incoming | | what's the address | |
| Incoming | | and yeah | |
| Incoming | | who is we? | |
| Outgoing | Delivered | can u send a pic of the cash and ill send the addy...just me and maria im just here to protect her from weirdos | |
| Outgoing | Delivered | should i be gettin maria ready bby? | |
| Incoming | | my bad some came up but yea | |

| | | | |
|---|---|---|---|
| Outgoing | Delivered | yea i shoud be gettin her ready? | |
| Incoming | | yes | |
| Outgoing | Delivered | qv bb for 150 still good baby, if so i'll get maria ready for you.. how lng till u get to midtown ? | |
| Incoming | | u take apple pay or cashapp? | |
| Outgoing | Delivered | cash is king, but we can do cashapp or venmo baby | |
| Incoming | | venmo | |
| Outgoing | Delivered | can u giv a $25 deposit i just dont want u to cum and not be able to pay, 25 now and 125 after ? | |
| Outgoing | Delivered | jst dont wnt to get screwed over bby, or a screen shot or something showing u hav the $$$$ in there | |
| Incoming | | | |
| Outgoing | Delivered | perfect bby thx, come now? | |
| Incoming | | yes | |
| Outgoing | Delivered | how far r u frm midtown? | |
| Incoming | | idk prolly 15. send the address | |
| Outgoing | Delivered | tru hilton 7011 hascall | |
| Incoming | | can you verify so ik its u | |
| Outgoing | Delivered | like a call bby? | |
| Incoming | | yea | |
| Outgoing | | | 0:11 |
| Incoming | | | 1:03 |
| Incoming | | i'm here | |
| Outgoing | Delivered | K I am on my way out hun | |
| Incoming | | okay | |

| | | | |
|---|---|---|---|
| Outgoing | Delivered | Wya? I'm outside but I don't see you. | |
| Outgoing | Delivered | I'm by the side door across from the Scooters coffee spot | |

10.    I know "QV" to be an abbreviation for "quick visit" or approximately 15 minutes of sexual intercourse. I know "BB" to be an abbreviation for "bareback" or sexual intercourse without a condom.

11.    Shortly thereafter, Number 3333 arrived at a hotel in the Omaha area.[3] Outside of a side entrance to the hotel was UC1 who was posing as the person who posted the Advertisement and the user of the Advertisement Number. Surveillance agents observed the individual later identified as Tillian Hutton (Date of Birth: 08/15/2001) (HUTTON) arrive in a Silver 2026 Nissan Kicks with Iowa in transit tags. He parked and walked directly over to UC1 in the hotel parking lot where they began having a conversation.

12.    During the in-person conversation, UC1 informed HUTTON that "she" was in room 173. UC1 asked and HUTTON confirmed he would be paying by Venmo and that he was "clean." UC1 gave directions to the room and provided the key to HUTTON who accessed the exterior door to the hotel.

13.    When HUTTON keyed into the decoy room and was met by Homeland Security Investigations (HSI) Special Agents, he fled on foot to the hotel parking lot. HSI Special Agents ultimately apprehended HUTTON in the parking lot, and he was taken into custody. All Special Agents involved in HUTTON's apprehension and arrest were wearing marked vests with police identifiers.

---

[3] The hotel is part of a national chain of hotels. Based on information provided by hotel staff, I know that the hotel has served out-of-state guests.

**CONCLUSION**

14.    Based on the foregoing, I respectfully submit that there is probable cause to support a criminal complaint charging Tillian Hutton (HUTTON) with Attempted Sex Trafficking of a Child, in violation of 18 U.S.C. §§ 1591(a)(1), (b)(2), and 1594(a).

Respectfully submitted,

Christina Worster, Special Agent
Department of Homeland Security

Sworn to before me by telephone or other reliable electronic means on August 14, 2026.

MICHAEL D. NELSON
UNITED STATES MAGISTRATE JUDGE